IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STUART TASMAN, PAUL W. BROOME, MARK GOTTLIEB, MARK HALL, IVO HORAK, CARL LEVINE, A. DYLAN REACH, ROHIT SHARMA, JAMES A. STEWART, TIM TIPPETT, KURT E. TREU, DANIEL J. TULMAN, ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 1:10-CV-01807-RWS |
| Plaintiffs, ) ) | |
| v. ) ) | |
| BRICAN AMERICA, INC., BRICAN AMERICA, LLC, BRICAN FINANCIAL SERVICES, LLC, JEAN FRANCOIS VINCENS, JACQUES LEMACON, JJR INVESTMENTS, LLC, LIFESTYLE OF VISION, INC., NCMIC FINANCE CORPORATION, SALVATORE DeCANIO, JR., VISO LASIK MEDSPAS, LLC, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT NCMIC FINANCE CORPORATION'S
RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE
TO AMEND COMPLAINT TO ADD PLAINTIFFS**

Defendant NCMIC Finance Corporation responds to Plaintiffs' "Motion for Leave to Amend Complaint to Add Plaintiffs." See Doc. 4.

To comply with Federal Rule 7, a "motion for leave to amend should either set forth the substance of the proposed amendment or attach a copy of the proposed amendment." Long v. Satz, 181 F.3d 1275, 1279 (11th Cir. 1999); see also Rosenberg v. Witness Sys. Inv. Group, 554 F.3d 962, 967 (11th Cir. 2009); 3 James Wm. Moore et al., Moore's Federal Practice § 15.17[1] (3d Ed. 2010). Plaintiffs' motion does not comply with the Eleventh Circuit's instructions. Plaintiffs seek to "add plaintiffs," but have provided the Court no further detail as to the proposed amended pleading. Doc. 4, p. 2. Plaintiffs' cursory motion does not state how many plaintiffs will be added, or disclose the identities of the new plaintiffs, or describe the claims that the new plaintiffs intend to assert, or explain why any of the proposed additional plaintiffs failed to join in the filing of the original Complaint. Without at least some of this information, the Court cannot determine whether the proposed amendment is proper. Accordingly, the Court should deny Plaintiffs' motion.

Respectfully submitted this 30th day of July, 2010.

                      s/ Bryan A. Powell
                      Lawrence J. Bracken II
                      Georgia Bar No. 073750
                      lbracken@hunton.com
                      Bryan A. Powell
                      Georgia Bar No. 413501
                      bpowell@hunton.com

                      HUNTON & WILLIAMS LLP
                      Bank of America Plaza, Suite 4100
                      600 Peachtree Street, N.E.
                      Atlanta, Georgia 30308-2216
                      Phone:  (404) 888-4000
                      Fax:  (404) 888-4190

                      *Counsel for NCMIC Finance Corporation*

## CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.1

The undersigned hereby certifies that the foregoing has been prepared using one of the font and point selections approved in LR NDGa 5.1.

This 30th day of July, 2010.

                                                  s/ Bryan A. Powell
                                                Bryan A. Powell

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing, **DEFENDANT NCMIC FINANCE CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD PLAINTIFFS** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 30th day of July, 2010.

                                                s/ Bryan A. Powell
                                                Bryan A. Powell