## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Stuart Tasman, *et. al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No: |
| v. ) | 1:10-CV-01807-RWS |
| ) | |
| Brican America, Inc., *et. al.* ) | |
| ) | |
| Defendants ) | |

## MOTION AND STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come now, Plaintiffs in the above-captioned case and file this Motion for Voluntary Dismissal. Pursuant to an order by the United States Judicial Panel on Multidistrict Litigation, this case has been transferred to the Southern District of Florida. The plaintiffs in this action are now represented by Florida counsel.

In Pretrial Order #1 [DE-25], the Court required that Plaintiffs' counsel file a stipulation of dismissal no later than December 13, 2010. On 22 December 2010, Judge Patricia Seitz issued an order requiring Plaintiffs' counsel to file a stipulation of dismissal without prejudice before this Court. See **Exhibit 1**. Plaintiffs' counsel was unaware of the Court's Pretrial Order #1 and did not file the requested dismissal before December 13, 2010.

To correct that error, Plaintiffs now hereby request this Court dismiss all claims in the present action without prejudice. Plaintiffs reserve the right to re-file their Complaint should the circumstances warrant.

Respectfully submitted, this the 23rd day of December, 2010

s/ Jeffrey Filipovits
Aubrey T. Villines, Jr.
Georgia Bar No. 727750
atvill7@msn.com
Jeffrey Filipovits
Georgia Bar No. 825553
jrfilipovits@gmail.com
OFFICE OF AUBREY T. VILLINES, JR
2900 Chamblee Tucker Road
Park Ridge 85, Building One
Atlanta, Georgia 30341
Phone: (770) 455-1350
Fax: (770) 455-1449

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **PLAINTIFFS' STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 23rd day of December, 2010

/s/ Jeffrey R. Filipovits
Jeffrey R. Filipovits
Counsel for Plaintiffs
Georgia Bar No. 825553
jrfilipovits@gmail.com