# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

STUART TASMAN, *et al.*,             :
                                     :
    Plaintiffs,              :
                                     :
v.                                   :   CIVIL ACTION NO.
                                     :   1:10-CV-1807-RWS
BRICAN AMERICA, INC.,                :
*et al.*,                            :
    Defendants.              :

## **ORDER**

This case is before the Court for consideration of the Plaintiffs' Motion and Stipulation of Voluntary Dismissal Without Prejudice [18]. After due consideration, the Motion [18] is hereby **GRANTED**.

**SO ORDERED**, this  23rd  day of December, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)